1   William E. Winfield (State Bar #122055)
    **NORDMAN CORMANY HAIR & COMPTON LLP**
2   1000 Town Center Drive, 6ᵗʰ Floor
    P.O. Box 9100
3   Oxnard, California 93031-9100
    (805) 485-1000
4   (805) 988-8387 (fax)
    E-Mail: wwinfield@nchc.com
5
    Attorneys for Debtor
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SANTA BARBARA DIVISION**

11  IN RE                          | CASE NO.    09-bk-13309-RR

12                                 | Chapter 11

13                                 | **APPLICATION BY DEBTORS TO**
    PATRICIA DEBLANK KLINK,        | **EMPLOY GENERAL COUNSEL**
14                                 | **(NORDMAN CORMANY HAIR &**
                                   | **COMPTON LLP); DECLARATION**
15                                 | **OF WILLIAM E. WINFIELD, ESQ.;**

16
                 Debtor.          | [11 U.S.C.§327, Local Rules 2014-1]
17
                                   | [NO HEARING REQUIRED]
18

19      **TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY**

20  **JUDGE, AND ALL INTERESTED PARTIES:**

21      The application of Debtor, Patricia Deblank Klink("Applicant") respectfully represent

22  that:

23      1.    Any opposition to this application must be filed and served on Applicants and

24  their counsel and the United States Trustee no later than fifteen (15) days from the date of service

25  of this Notice.

26      2.    These proceedings were commenced by the filing of a Voluntary Petition under

27  Chapter 11 of the Bankruptcy Code on August 18, 2009.

28  ///

18753\001\PLD\10430494.DOC                1
APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY GENERAL COUNSEL

3.     Applicant desires to employ Nordman Cormany Hair & Compton LLP ("the Firm") as Applicants general legal counsel.  The Firm conducts a comprehensive business and litigation practice, including extensive involvement in commercial law and bankruptcy.

4.     All attorneys comprising or associated with the Firm who will appear in connection with this case are admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.  The Firm understands that its compensation for services are subject to allowance by this court under applicable law.

5.     To the best of Applicants' knowledge, based upon the declaration of William E. Winfield, neither the Firm nor any of its attorneys comprised and/or employed by it, has any connection with the Applicant, any insider to Applicant, or any past or present creditors of Applicants.

6.     The Firm is disinterested and has no adverse interest in the estate.  The Firm is not a creditor, equity security holder, nor insider of Applicant.

7.     The Firm is not and was not an investment banker for any outstanding security of Applicant.

8.     The Firm has not been, within three (3) years before the date of the filing of the petition, an investment banker for security of Applicant or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security Applicant.

9.     The Firm is not and was not, within two (2) years before the date of the filing of the petition, a  director, officer or employee of Applicant or investment banker as classified in subparagraphs (b) or (c) of Bankruptcy Code Section 101(14).

10.     The Firm does not have an interest materially adverse to the interest of the estate or of any class of creditors, or equity security holders, by reason of any direct or indirect relationship to or in connection with or interest in Applicant or an investment banker as classified in subparagraphs (b) or (c) of the Bankruptcy Code Section 101(14).

11     The purpose of the Firm's employment is to represent Applicant in all facets of their Chapter 11 reorganization, including the preparation of a disclosure statement, plan of reorganization, and any necessary motions to Chapter 11 reorganization, and to represent

1  Applicants in any legal dispute associated with their Chapter 11 proceeding.

2      13.    The Firm has received $69,290.00 which will be held in a trust account and

3  applied towards fees.

4      14.    Employment of the Firm, including members and associates as its legal counsel,

5  would be in the best interest of this estate.

6      WHEREFORE, Applicant pray that it be authorized to employ the Firm as legal counsel

7  with the compensation to be paid from Applicants' retainer and/or at the expense of the estate in

8  such amounts as the court may hereafter allow.

9

10  DATED: AUGUST 24, 2009

11                                PATRICIA DEBLANK KLINK

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### DECLARATION OF WILLIAM E. WINFIELD, ESQ.

2      I, William E. Winfield, declare:

3      1.      I am a partner at the law firm of NORDMAN CORMANY HAIR & COMPTON

4  LLP ("the Firm")  The Firm conducts a comprehensive business and litigation practice which

5  includes commercial law and bankruptcy.  The Firm has broad experience before this court.  All

6  attorneys who are employed by the Firm and will appear in connection with this case are duly

7  admitted to practice law in the courts of the State of California and in the United States District

8  Court for the Central District of California.

9      2.      The Firm has received $69,290.00 from Debtor Patricia DeBlank Klink("Debtor")

10  The Firm will hold the retainer of Sixty Nine Thousand Two Hundred and Ninety

11  Dollars($69,290.00) in an interest-bearing client trust account for payment of the Firm's fees and

12  costs.  It is estimated that $69,290.00 or more will be needed to handle representation of the

13  Debtor through the confirmation of a plan of reorganization.

14      3.      Debtor has agreed that the Firm has reserved the right to seek approval from the

15  Bankruptcy Court for additional compensation from the estate.  The Firm will be paid from

16  Debtors' retainer and/or from the assets of the estate upon approval by the court of a fee

17  application submitted by the Firm.  To the extent any part of the retainer is not exhausted, that

18  balance will remain as a client trust fund for the benefit of the Debtors.

19      4.      In exchange for the retainer, the Firm will provide services in connection with

20  representing Debtors in all facets of Chapter 11 reorganization, including the preparation of a

21  disclosure statement, plan of reorganization, and any necessary motions to Chapter 11

22  reorganization, and any necessary motions to Chapter 11 reorganization. A Fee Schedule which

23  sets forth the 2009 hourly rate of partners, associates and paralegals who may be involved in this

24  case is attached to this Declaration as Exhibit "A" and incorporated herein by this reference.  A

25  Summary of Experience of the attorneys who may work on this case is attached hereto as Exhibit

26  "B" and incorporated herein by reference.

27  ///

28  ///

1    5.    Neither the Firm nor any of its attorneys comprised and/or employed by it, has any

2  connection with either the Debtors or any insider of the Debtors, or any past or present creditors

3  of the Debtors.

4    6.    The Firm is not a creditor of the Debtors for any non-bankruptcy related pre-

5  petition services.

6    7.    The Firm is disinterested and has no adverse interest in the estate.  The Firm is not

7  a creditor, an equity security holder nor an insider to the Debtors.

8    8.    The Firm is not and was not, an investment banker for any outstanding security for

9  the Debtors or any corporation of which Debtors are a director, officer or person in control.

10    9.    The Firm had not been, within three (3) years before the date of the filing of the

11  petition, an investment banker for security for the Debtors or an attorney for such an investment

12  banker in connection with the offer, sale, or issuance of a security for the Debtors.

13    10.    The Firm is not, and was not, within two (2) years before the date of the filing of

14  the petition, a director, officer or employee of the Debtors or an investment banker specified in

15  subparagraph (b) or (c) of the Bankruptcy Code Section 101(14).

16    11.    The Firm does not have an interest materially adverse to the interests of the estate

17  or any class of creditors or equity security holders, by reason of any direct or indirect relationship

18  to or in connection with the Debtors or an investment banker specified in subparagraphs (b) or (c)

19  or Bankruptcy Code Section 101(14):

20    12.    The employment of the Firm, including members and associates as legal counsel,

21  would be in the best interests of this estate.  The purpose and necessity of the Firm's employment

22  is to represent Debtors in all facets of their Chapter 11 reorganization, including the preparation

23  of a disclosure statement, plan of reorganization, and any necessary motions to Chapter 11

24  reorganization.

25    ///

26    ///

27    ///

28

1      I declare under penalty of perjury, under the laws of the State of California, that the

2    foregoing is true and correct to the best of my knowledge, information and belief.

3      Executed on August 7, 2009 at Oxnard, California

4

5             **NORDMAN CORMANY HAIR & COMPTON LLP**

6           By: _____

7             William E. Winfield
             Attorneys for Debtor
8             Patricia DeBlank Klink

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18753\001\PLD\10430494.DOC        6

APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY GENERAL COUNSEL

1

**"EXHIBIT A"**

2

3

**2009 Fee Schedule**

4

5

6

**Biller**                                                          **Rate**

7

8

9

Partners:

10

William E. Winfield                                      $350.00

11

Associates:

12

Brian Hefelfinger                                        $235.00

13

14

Paralegals:

15

Heidi A. O'Brien                                          $110.00

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

## "EXHIBIT B"

## SUMMARY OF EXPERIENCE OF ATTORNEYS

## ASSIGNED TO THIS CASE

**WILLIAM E. WINFIELD**: Partner practicing in the areas of general business law, civil litigation, bankruptcy and creditor/debtor, real property, landlord/tenant, securities, and oil and gas. Graduated from law school at the University of Utah in 1985, where he was a member of the Utah Law review and Journal of Contemporary Law. Admitted to all federal courts in California and all California state courts. Board certified in business bankruptcy by the American Board of Certification. Member of the California Bankruptcy Forum, Los Angeles Bankruptcy Forum, Commercial Law League of America and the American Bankruptcy Institute. Has practiced in the field of bankruptcy for 20 years.

**BRIAN HEFELFINGER**: Associate practices in the areas of bankruptcy, business, and intellectual property litigation. Prior to joining Nordman Cormany Hair & Compton LLP, Mr. Hefelfinger held various engineering, sales, and management positions for local Ventura county businesses. Mr. Hefelfinger received his law degree from Pepperdine University School of Law (J.D. 2007, cum laude). He completed his undergraduate studies at the California Institute of Technology (B.S. 2004, Mechanical Engineering), winning the prestigious CalTech ME72 Engineering Design competition in 2002.

APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY GENERAL COUNSEL

| In re:                              | CHAPTER   11                    |
|-------------------------------------|---------------------------------|
| PATRICIA DEBLANK KLINK              |                                 |
|                          Debtor(s). | CASE NUMBER  09-bk-13309        |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:

1000 Town Center Drive 6th Floor, Oxnard, CA 93031

A true and correct copy of the foregoing document described  **APPLICATION BY DEBTORS TO EMPLOY GENERAL COUNSEL (NORDMAN CORMANY HAIR & COMPTON,LLP; DECLARATION OF WILLIAM E. WINFIELD, ESQ**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 26, 2009</u> I CHECKED the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Alan F Broidy on behalf of Creditor Allstar Financial Services Inc
sherrie@alanbroidy.com, afbroidy@ix.netcom.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>August 26, 2009</u> served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Robin Riblet, United States Bankruptcy Judge
Attn: Intake/Courtesy Copy
1415 State Street
Santa Barbara, CA 93101

U.S. Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

Brian D Fittipaldi
128 E Carrillo St
Santa Barbara, CA 93101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re:<br>  PATRICIA DEBLANK KLINK<br><br>                                        Debtor(s). | CHAPTER   11<br><br>CASE NUMBER  09-bk-13309 |
|---|---|

☒ Service information continued on attached page

## CONTINIUED SERVICE LIST:

| | |
|---|---|
| American Express<br>Box 0001<br>Los Angeles , CA 90096 | American Express-ACM<br>Box 0001<br>Los Angeles, CA 90096 |
| American Express-Delta (PEN)<br>Box 0001<br>Los Angeles, CA 90096 | American Riviera Bank<br>1033 Anacapa Street<br>Santa Barbara, CA 93101 |
| Arcadia Studio Landscape Architect<br>202 East Cota Street<br>Santa Barbara, CA 93101 | Asset Foreclosure Services, Inc.<br>22837 Ventura Blvd., Suite 350<br>Woodland Hills, CA 93108 |
| Bank of America<br>P.O. Box 60502<br>City Of Industry, CA 91716 | Chase (formerly Washington Mutual)<br>2273 N. Green Valley Parkway<br>Suite 14<br>Henderson, NV 89014 |
| Chase (Washington Mutual Bank)<br>2273 N. Green Valley Parkway<br>Suite 14<br>Henderson, NV 89014 | Chase Auto Finance<br>National Recovery Group<br>P.O. Box 29505<br>Pheonix, AZ 85038-9505 |
| Citibank<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 | Citibank<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 |
| Coast Village Plaza<br>6798 Rincon Road<br>Carpinteria, CA 93013 | Countrywide<br>P.O. Box 10219<br>Van Nuys, CA 91410 |
| County of Ventura<br>800 S. Victoria Avenue<br>Ventura, CA 93003 | County Schools Credit Union<br>4591 Market Street<br>Ventura, CA 93003 |
| Derek A. Weston, Esq<br>1800 Jelinda Drive<br>Santa Barbara, CA 93108 | EDD<br>P.O. Box 826846<br>Sacramento, CA 94246 |
| F Paul Margolis<br>100 Landing Road, Spt. 359<br>Roslyn, NY 11576 | First Mountain Bank<br>Big Bear- Interlaken Branch<br>40865 Big Bear Blvd. HFC<br>P.O. Box 6868<br>Big Bear Lake, CA 92315 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>PATRICIA DEBLANK KLINK<br><br>                                    Debtor(s). | CHAPTER   11<br><br>CASE NUMBER  09-bk-13309 |
|---|---|

| First Bank<br>3304 State Street<br>Santa Barbara, CA 93105 | Allstar Financial Services, Inc.<br>20700 Ventura Blvd<br>Woodland Hills, CA 91364 |
|---|---|
| HFC<br>P.O. Box 3425<br>Buffalo, NY 14240-9732 | HFC<br>P.O. Box 60101<br>City Of Industry, CA 91716-0101 |
| Integrated Concepts<br>1664 Callens Road<br>Ventura, CA 93003 | IRS<br>Internal Revenue Service<br>Ogden, UT 84201-0039 |
| John M. Klink<br>1187 Coast Village Road<br>Suite 10-M<br>Santa Barbara, CA 93108 | Lord Management & Equipment Services<br>6798 Rincon Road<br>Carpinteria, CA 93013 |
| McDonald Animal Hospital<br>225 S. Milpas Street<br>Santa Barbara, CA 93103 | Montecito Bank & Trust<br>P.O. Box 2460<br>Santa Barbara, CA 93120 |
| Robert Egenolf & Associates<br>130 East Carrillo<br>Santa Barbara, CA 93101 | RNM Klink 1986 Inter Vivos Trust<br>Klink Trust<br>Attn: John Klink, Trustee<br>1010 Cima Linda Lane<br>Santa Barbara, CA 93108 |
| Suzanne Elledge<br>P.O. Box 21522<br>800 Santa Barbara Street<br>Santa Barbara, CA 93109 | Santa Barbara Training<br>820 E. Haley<br>Santa Barbara, CA 93103 |
| Transamerica Life Insurance Co.<br>P.O. Box 79035<br>City Of Industry, CA 91716-9035 | Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 |
| Z & L Associates, CPA<br>60 East 42nd Street<br>New York, NY 10165 | Waters Land Surveying<br>5553 Hollister AV., Suite 7<br>Goleta, CA 93117 |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2009 | Heidi A. O'Brien | *Neidi S. O'Brien* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                       **F 9013-3.1**