William E. Winfield (State Bar #122055)
**NORDMAN CORMANY HAIR & COMPTON LLP**
1000 Town Center Drive, 6th Floor
P.O. Box 9100
Oxnard, California 93031-9100
(805) 485-1000
(805) 988-8387 (fax)
E-Mail: wwinfield@nchc.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA BARBARA DIVISION

| | |
|---|---|
| IN RE:<br><br>PATRICIA DEBLANK KLINK,<br><br>Debtor. | CASE NO.  09-bk-13309-RR<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY REAL ESTATE BROKER ROBERT W. LAMBORN OF SOTHEBY'S**<br><br>[11 U.S.C.§327, Local Rules 2014-1] |

**TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** debtor and debtor-in possession, PATRICIA DEBLANK KLINK is seeking approval of her Application to Employ Real Estate Broker, Robert W. Lamborn of Sotheby's, Santa Barbara California, to represent her in this Chapter 11 case at the expense of the estate. The employment of Robert W. Lamborn of Sotheby's is for real estate services arising in, arising under, or related to this Chapter 11 case during the period prior to appointment of a Chapter 11 trustee through the present.

///

1 | The Application requests that employment of Robert W. Lamborn of
2 | Sotheby's who is currently performing services related to this Chapter 11 case.
3 | Mr. Lamborn's rate is pursuant to the listing agreement.
4 |     Any creditor wishing to review the Application may examine the copy on file
5 | with the United States Bankruptcy Court, 1415 State Street, Santa Barbara,
6 | California 93101 or may request a copy from the undersigned. Any objection to the
7 | Application should be in writing, filed with the court and served upon the applicant
8 | no later than fifteen (15) days from the date of this notice. Any objection not so
9 | filed and served may be deemed waived.

Respectfully Submitted,

DATED: 9/24/09

NORDMAN CORMANY HAIR & COMPTON LLP

By: _____
William E. Winfield
Attorneys for Debtor

18753\001\PLD\10439010.DOC          2
NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY REAL ESTATE
BROKER ROBERT W. LAMBORN OF SOTHEBY'S

| In re: | CHAPTER 11 |
|---|---|
| PATRICIA DEBLANK KLINK | |
| Debtor(s). | CASE NUMBER 09-bk-13309-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1000 Town Center Drive 6th Floor, Oxnard, CA 93031**

A true and correct copy of the foregoing document described *Notice of* Application of Debtor and Debtor in Possession to Employ Real Estate Agent Robert W. Lamborn of Sotheby's  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 7, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

William C Beall on behalf of Creditor American Riviera Bank
artyc@aol.com

Alan F Broidy on behalf of Creditor Allstar Financial Services Inc
sherrie@alanbroidy.com, afbroidy@ix.netcom.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Clare Gadd on behalf of Creditor JPMorgan Chase Bank, National Association
cgadd@mosscodilis.com

Jacqueline A Gruber on behalf of Creditor JPMorgan Chase Bank, National Association
ecfcacb@piteduncan.com
Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com
United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On ___Ocotber 7, 2009___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Robin Riblet, United States Bankruptcy Judge
Attn: Intake/Courtesy Copy
1415 State Street
Santa Barbara, CA 93101

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                 F 9013-3.1

| In re:<br>PATRICIA DEBLANK KLINK<br>Debtor(s). | CHAPTER  11<br>CASE NUMBER  09-bk-13309-RR |
|---|---|

**CONTINIUED SERVICE LIST:**

Allstar Financial Services, Inc.
20700 Ventura Blvd
Woodland Hills, CA 91364

Brian D Fittipaldi
128 E Carrillo St
Santa Barbara, CA 93101

| American Express-ACM<br>Box 0001<br>Los Angeles, CA 90096 | U.S. Trustee<br>21051 Warner Center Lane #115<br>Woodland Hills, CA 91367 |
|---|---|
| American Express-Delta (PEN)<br>Box 0001<br>Los Angeles, CA 90096 | American Riviera Bank<br>1033 Anacapa Street<br>Santa Barbara, CA 93101 |
| Arcadia Studio Landscape Architect<br>202 East Cota Street<br>Santa Barbara, CA 93101 | Asset Foreclosure Services, Inc.<br>22837 Ventura Blvd., Suite 350<br>Woodland Hills, CA 93108 |
| Bank of America<br>P.O. Box 60502<br>City Of Industry, CA 91716 | County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-0001 |
| Chase (Washington Mutual Bank)<br>2273 N. Green Valley Parkway<br>Suite 14<br>Henderson, NV 89014 | County Tax Collector<br>P.O. Box 357<br>Santa Barbara, CA 93102-0357 |
| Citibank<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 |
| Coast Village Plaza<br>6798 Rincon Road<br>Carpinteria, CA 93013 | Countrywide<br>P.O. Box 10219<br>Van Nuys, CA 91410 |
| Ventura County Tax Collector<br>800 S. Victoria Avenue<br>Ventura, CA 93003 | County Schools Credit Union<br>4591 Market Street<br>Ventura, CA 93003 |
| Derek A. Westen, Esq<br>1800 Jelinda Drive<br>Santa Barbara, CA 93108 | EDD<br>P.O. Box 826846<br>Sacramento, CA 94246 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re:<br>PATRICIA DEBLANK KLINK | Debtor(s). | CHAPTER 11<br>CASE NUMBER 09-bk-13309-RR |
|---|---|---|

| | |
|---|---|
| F Paul Margolis<br>100 Landing Road, Spt. 359<br>Roslyn, NY 11576 | First Bank<br>3304 State Street<br>Santa Barbara, CA 93105 |
| HFC<br>P.O. Box 3425<br>Buffalo, NY 14240-9732 | First Mountain Bank<br>Big Bear- Interlaken Branch<br>40865 Big Bear Blvd. HFC<br>P.O. Box 6868<br>Big Bear Lake, CA 92315 |
| Integrated Concepts<br>1664 Callens Road<br>Ventura, CA 93003 | IRS<br>Internal Revenue Service<br>Ogden, UT 84201-0039 |
| John M. Klink<br>1187 Coast Village Road<br>Suite 10-M<br>Santa Barbara, CA 93108 | Lord Management & Equipment Services<br>6798 Rincon Road<br>Carpinteria, CA 93013 |
| McDonald Animal Hospital<br>225 S. Milpas Street<br>Santa Barbara, CA 93103 | Montecito Bank & Trust<br>P.O. Box 2460<br>Santa Barbara, CA 93120 |
| RNM Klink 1986 Inter Vivos Trust<br>Klink Trust<br>Attn: John Klink, Trustee<br>1010 Cima Linda Lane<br>Santa Barbara, CA 93108 | Robert Egenolf & Associates<br>130 East Carrillo<br>Santa Barbara, CA 93101 |
| Suzanne Elledge<br>P.O. Box 21522<br>800 Santa Barbara Street<br>Santa Barbara, CA 93109 | Santa Barbara Training<br>820 E. Haley<br>Santa Barbara, CA 93103 |
| Transamerica Life Insurance Co.<br>P.O. Box 79035<br>City Of Industry, CA 91716-9035 | Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 |
| Z & L Associates, CPA<br>60 East 42nd Street<br>New York, NY 10165 | Waters Land Surveying<br>5553 Hollister AV., Suite 7<br>Goleta, CA 93117 |

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 7, 2009 | Heidi A. O'Brien | *Heidi A. O'Brien* (signature) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    **F 9013-3.1**