1  William E. Winfield (State Bar #122055)
   **NORDMAN CORMANY HAIR & COMPTON LLP**
2  1000 Town Center Drive, 6th Floor
   P.O. Box 9100
3  Oxnard, California  93031-9100
   (805) 485-1000
4  (805) 988-8387 (fax)
   E-Mail:  wwinfield@nchc.com
5
   Attorneys for Debtor
6

FILED & ENTERED

OCT 28 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust       DEPUTY CLERK

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SANTA BARBARA DIVISION**

11  IN RE                          CASE NO. 09-bk-13309-RR

12                                 Chapter 11

13

14  PATRICIA DEBLANK KLINK,        **ORDER ON APPLICATION TO**
                                   **EMPLOY REAL ESTATE AGENT**
15           Debtor.               **ROBERT W. LAMBORN**

16

17                                 [No Hearing Required]

18

19

20                          **ORDER**

21      Based on the foregoing Application to Employ Real Estate Agent Robert

22  W.Lamborn of Sotheby's and good cause therefore appearing,

23      IT IS HEREBY ORDERED that Debtor Patricia DeBlank Klink is

24  authorized to employ Robert W. Lamborn of Sotheby's of Santa Barbara,

25  California, pursuant to the terms and conditions of the Listing Agreement, and that

26  ///

27  ///

28  ///

1  Compensation shall be fixed by the Court after such notice and a hearing as may be

2  required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and

3  the Local Rules of this Court.

4  ###

5  ###

6  ###

7  ###

8  ###

9  ###

10  ###

11  ###

12  ###

13  ###

14  ###

15  ###

16  ###

17  ###

18  ###

19  ###

20  ###

21

22

23

24

25  DATED: October 28, 2009

*Robin Riblet*

_____
United States Bankruptcy Judge

26

27

28

| In re: | |
|---|---|
| PATRICIA DEBLANK KLINK | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 09-13309-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

## 1000 Town Center Drive 6th Floor, Oxnard, CA 93031

A true and correct copy of the foregoing document described  **ORDER ON APPLICATION  TO EMPLOY REAL ESTATE AGENT ROBERT W. LAMBORN OF SOTHEBY'S** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 23, 2009   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

William C Beall on behalf of Creditor American Riviera Bank
artyc@aol.com

Alan F Broidy on behalf of Creditor Allstar Financial Services Inc
sherrie@alanbroidy.com, afbroidy@ix.netcom.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Clare Gadd on behalf of Creditor JPMorgan Chase Bank, National Association
cgadd@mosscodilis.com

Jacqueline A Gruber on behalf of Creditor JPMorgan Chase Bank, National Association
ecfcacb@piteduncan.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Timothy J Silverman on behalf of Creditor JP Morgan Chase Bank, N.A.
tim@sgsslaw.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                       **F 9021-1.1**

| In re: | |
|---|---|
| PATRICIA DEBLANK KLINK | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 09-13309-RR |

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On October 23, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Robin Riblet, United States Bankruptcy Judge
Attn: Intake/Courtesy Copy
1415 State Street
Santa Barbara, CA 93101

| | |
|---|---|
| Allstar Financial Services, Inc.<br>20700 Ventura Blvd<br>Woodland Hills, CA 91364 | U.S. Trustee<br>21051 Warner Center Lane #115<br>Woodland Hills, CA 91367 |
| American Express-ACM<br>Box 0001<br>Los Angeles, CA 90096 | Brian D Fittipaldi<br>128 E Carrillo St<br>Santa Barbara, CA 93101 |
| American Express-Delta (PEN)<br>Box 0001<br>Los Angeles, CA 90096 | American Riviera Bank<br>1033 Anacapa Street<br>Santa Barbara, CA 93101 |
| Arcadia Studio Landscape Architect<br>202 East Cota Street<br>Santa Barbara, CA 93101 | Asset Foreclosure Services, Inc.<br>22837 Ventura Blvd., Suite 350<br>Woodland Hills, CA 93108 |
| Bank of America<br>P.O. Box 60502<br>City Of Industry, CA 91716 | County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-0001 |
| Chase (Washington Mutual Bank)<br>2273 N. Green Valley Parkway<br>Suite 14<br>Henderson, NV 89014 | County Tax Collector<br>P.O. Box 357<br>Santa Barbara, CA 93102-0357 |
| Citibank<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 |

☒     Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9021-1.1**

In re:

    PATRICIA DEBLANK KLINK

CHAPTER:  11

Debtor(s).

CASE NUMBER: 09-13309-RR

| | |
|---|---|
| Coast Village Plaza<br>6798 Rincon Road<br>Carpinteria, CA 93013 | Countrywide<br>P.O. Box 10219<br>Van Nuys, CA 91410 |
| Ventura County Tax Collector<br>800 S. Victoria Avenue<br>Ventura, CA 93003 | County Schools Credit Union<br>4591 Market Street<br>Ventura, CA 93003 |
| Derek A. Westen, Esq<br>1800 Jelinda Drive<br>Santa Barbara, CA 93108 | EDD<br>P.O. Box 826846<br>Sacramento, CA 94246 |
| F Paul Margolis<br>100 Landing Road, Spt. 359<br>Roslyn, NY 11576 | First Bank<br>3304 State Street<br>Santa Barbara, CA 93105 |
| HFC<br>P.O. Box 3425<br>Buffalo, NY 14240-9732 | First Mountain Bank<br>Big Bear- Interlaken Branch<br>40865 Big Bear Blvd. HFC<br>P.O. Box 6868<br>Big Bear Lake, CA 92315 |
| Integrated Concepts<br>1664 Callens Road<br>Ventura, CA 93003 | IRS<br>Internal Revenue Service<br>Ogden, UT 84201-0039 |
| John M. Klink<br>1187 Coast Village Road<br>Suite 10-M<br>Santa Barbara, CA 93108 | Lord Management & Equipment Services<br>6798 Rincon Road<br>Carpinteria, CA 93013 |
| McDonald Animal Hospital<br>225 S. Milpas Street<br>Santa Barbara, CA 93103 | Montecito Bank & Trust<br>P.O. Box 2460<br>Santa Barbara, CA 93120 |
| RNM Klink 1986 Inter Vivos Trust<br>Klink Trust<br>Attn: John Klink, Trustee<br>1010 Cima Linda Lane<br>Santa Barbara, CA 93108 | Robert Egenolf & Associates<br>130 East Carrillo<br>Santa Barbara, CA 93101 |

☒   Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 9021-1.1**

| | |
|---|---|
| In re:<br><br>    PATRICIA DEBLANK KLINK<br><br><br>                                       Debtor(s). | CHAPTER:  11<br><br><br>CASE NUMBER: 09-13309-RR |

| | |
|---|---|
| Suzanne Elledge<br>P.O. Box 21522<br>800 Santa Barbara Street<br>Santa Barbara, CA 93109 | Santa Barbara Training<br>820 E. Haley<br>Santa Barbara, CA 93103 |
| Transamerica Life Insurance Co.<br>P.O. Box 79035<br>City Of Industry, CA 91716-9035 | Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 |
| Z & L Associates, CPA<br>60 East 42nd Street<br>New York, NY 10165 | Waters Land Surveying<br>5553 Hollister AV., Suite 7<br>Goleta, CA 93117 |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 23, 2009 | Angela Cooper | /s/ Angela Cooper |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| | |
|---|---|
| In re:<br><br>    PATRICIA DEBLANK KLINK<br><br>                                              Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 09-13309-RR |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON APPLICATION  TO EMPLOY GENERAL COUNSEL (NORDMAN CORMANY HAIR & COMPTON LLP)** was entered on the date indicated as ›ntered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>October 23, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

William C Beall on behalf of Creditor American Riviera Bank
artyc@aol.com

Alan F Broidy on behalf of Creditor Allstar Financial Services Inc
sherrie@alanbroidy.com, afbroidy@ix.netcom.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Clare Gadd on behalf of Creditor JPMorgan Chase Bank, National Association
cgadd@mosscodilis.com

Jacqueline A Gruber on behalf of Creditor JPMorgan Chase Bank, National Association
ecfcacb@piteduncan.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Timothy J Silverman on behalf of Creditor JP Morgan Chase Bank, N.A.
tim@sgsslaw.com

United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

William E. Winfield wwinfield@nchc.com

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                   **F 9021-1.1**

| | |
|---|---|
| In re:<br><br>PATRICIA DEBLANK KLINK<br><br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 09-13309-RR |

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| | |
|---|---|
| U.S. Trustee<br>21051 Warner Center Lane #115<br>Woodland Hills, CA 91367 | Allstar Financial Services, Inc.<br>20700 Ventura Blvd<br>Woodland Hills, CA 91364 |
| American Express-ACM<br>Box 0001<br>Los Angeles, CA 90096 | Brian D Fittipaldi<br>128 E Carrillo St<br>Santa Barbara, CA 93101 |
| American Express-Delta (PEN)<br>Box 0001<br>Los Angeles, CA 90096 | American Riviera Bank<br>1033 Anacapa Street<br>Santa Barbara, CA 93101 |
| Arcadia Studio Landscape Architect<br>202 East Cota Street<br>Santa Barbara, CA 93101 | Asset Foreclosure Services, Inc.<br>22837 Ventura Blvd., Suite 350<br>Woodland Hills, CA 93108 |
| Bank of America<br>P.O. Box 60502<br>City Of Industry, CA 91716 | County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-0001 |
| Chase (Washington Mutual Bank)<br>2273 N. Green Valley Parkway<br>Suite 14<br>Henderson, NV 89014 | County Tax Collector<br>P.O. Box 357<br>Santa Barbara, CA 93102-0357 |

☒  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In re:

PATRICIA DEBLANK KLINK

CHAPTER: 11

Debtor(s).

CASE NUMBER: 09-13309-RR

| | |
|---|---|
| Citibank<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 |
| Coast Village Plaza<br>6798 Rincon Road<br>Carpinteria, CA 93013 | Countrywide<br>P.O. Box 10219<br>Van Nuys, CA 91410 |
| Ventura County Tax Collector<br>800 S. Victoria Avenue<br>Ventura, CA 93003 | County Schools Credit Union<br>4591 Market Street<br>Ventura, CA 93003 |
| Derek A. Weston, Esq<br>1800 Jelinda Drive<br>Santa Barbara, CA 93108 | EDD<br>P.O. Box 826846<br>Sacramento, CA 94246 |
| F Paul Margolis<br>100 Landing Road, Spt. 359<br>Roslyn, NY 11576 | First Bank<br>3304 State Street<br>Santa Barbara, CA 93105 |
| HFC<br>P.O. Box 3425<br>Buffalo, NY 14240-9732 | First Mountain Bank<br>Big Bear- Interlaken Branch<br>40865 Big Bear Blvd. HFC<br>P.O. Box 6868<br>Big Bear Lake, CA 92315 |
| Integrated Concepts<br>1664 Callens Road<br>Ventura, CA 93003 | IRS<br>Internal Revenue Service<br>Ogden, UT 84201-0039 |
| John M. Klink<br>1187 Coast Village Road<br>Suite 10-M<br>Santa Barbara, CA 93108 | Lord Management & Equipment Services<br>6798 Rincon Road<br>Carpinteria, CA 93013 |
| McDonald Animal Hospital<br>225 S. Milpas Street<br>Santa Barbara, CA 93103 | Montecito Bank & Trust<br>P.O. Box 2460<br>Santa Barbara, CA 93120 |

☒  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                    **F 9021-1.1**

In re:

PATRICIA DEBLANK KLINK

CHAPTER:  11

Debtor(s).

CASE NUMBER: 09-13309-RR

| | |
|---|---|
| RNM Klink 1986 Inter Vivos Trust<br>Klink Trust<br>Attn: John Klink, Trustee<br>1010 Cima Linda Lane<br>Santa Barbara, CA 93108 | Robert Egenolf & Associates<br>130 East Carrillo<br>Santa Barbara, CA 93101 |
| Suzanne Elledge<br>P.O. Box 21522<br>800 Santa Barbara Street<br>Santa Barbara, CA 93109 | Santa Barbara Training<br>820 E. Haley<br>Santa Barbara, CA 93103 |
| Transamerica Life Insurance Co.<br>P.O. Box 79035<br>City Of Industry, CA 91716-9035 | Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 |
| Z & L Associates, CPA<br>60 East 42nd Street<br>New York, NY 10165 | Waters Land Surveying<br>5553 Hollister AV., Suite 7<br>Goleta, CA 93117 |

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009          **F 9021-1.1**

| In re:                        | CHAPTER:  11                   |
|-------------------------------|-------------------------------|
| PATRICIA DEBLANK KLINK        |                               |
| Debtor(s).                    | CASE NUMBER: 09-13309-RR       |

### ADDITIONAL SERVICE INFORMATION (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 9021-1.1**