| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William E. Winfield (State Bar #122055)<br>**NORDMAN CORMANY HAIR & COMPTON LLP**<br>1000 Town Center Drive, 6th Floor<br>P.O. Box 9100<br>Oxnard, California  93031-9100<br>(805) 485-1000 / (805) 988-8387 (fax)<br>E-Mail: wwinfield@nchc.com | **FILED & ENTERED**<br><br>NOV 05 2009<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rust        **DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Debtor | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| In re:<br><br>PATRICIA DEBLANK KLINK,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 09-13309-RR<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: **Motion for Order Authorizing Use of Cash Collateral**

    b. *Date of filing of motion:* ____November 3, 2009_____

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

    a. *Date of filing of Application:*_____November 3, 2009_____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*      Page 1      **F 9075-1.2.ORDER**

3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

    a. ☐ **The Application is denied**.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ **The Application is granted, and IT IS FURTHER ORDERED THAT**:

    (1) ☐ A hearing on the motion will take place as follows:

    | **Hearing Date:  November 13, 2009** | **Place:** |
    |---|---|
    | **Time:  10:00 a.m.** | ☐  255 East Temple Street, Los Angeles, CA 90012 |
    | **Courtroom:  201** | ☐  21041 Burbank Boulevard, Woodland Hills, CA 91367 |
    | | ☐  3420 Twelfth Street, Riverside, CA 92501 |
    | | ☐  411 West Fourth Street, Santa Ana, CA 92701 |
    | | ☒  1415 State Street, Santa Barbara, CA 93101 |

    (2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

    | a. *Deadlines:* | b. *Persons/entities to be provided with telephonic notice:* |
    |---|---|
    | Date*:  November 5, 2009* | |
    | | *All parties with an interest in cash collateral and their counsel* |
    | Time:  12:00 noon | |
    | | ☐ See attached page |
    | | c. *Telephonic notice is also required upon* the United States trustee |

    (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a.   ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☒ Facsimile*    ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                                        Page 2                                                        **F 9075-1.2.ORDER**

| b. *Deadlines:* <br> Date: *November 5, 2009* <br><br> Time: 12:00 noon | c. *Persons/entities to be served with written notice and a copy of this order:* <br><br> *Same* <br><br> ☐ See attached page <br><br> d. *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

    a.  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| b. *Deadlines:* <br> Date: <br><br> Time: Appears to have been served | c. *Persons/entities to be served with motion, declarations, supporting documents:* <br><br><br> ☐ See attached page <br><br> d. *Service is also required upon:* <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(5) ☒ Regarding **opposition to the motion**

    ☐ opposition to the motion may be made **orally** at the hearing

    ☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

    a.  ☒ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☒ Facsimile*    ☒ Email*

| b. *Deadlines:* <br> Date: *November 12, 2009* <br><br> Time: 12:00 noon | c. *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br> d. *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(6) ☒ Regarding a **reply to an opposition:** THERE WILL BE NONE.

    ☐ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*　　　　　　　　　　Page 3　　　　　　　　　　**F 9075-1.2.ORDER**

a. ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| | |
|---|---|
| b. *Deadlines:* <br> Date*:* <br><br> Time: | c. *Persons/entities to be served with written reply to opposition:* <br>  -- All persons/entities who filed a written opposition <br><br> d. *Service is also required upon*: <br>  -- United States trustee *(electronic service is not permitted)* <br>  -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

☐ at least 2 days before the Hearing.

☐ no later than:    Date:            Time:

* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

###

###

###

###

###

###        DATED: November 5, 2009

*Robin Riblet*
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                    Page 4                    **F 9075-1.2.ORDER**

**F 9075-1.2.ORDER**

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9075-1.2.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1000 Town Center Drive, 6th Floor, Oxnard, CA 93036


A true and correct copy of the foregoing document described _____**[PROPOSED] ORDER ON APPLICATION SETTING HEARING ON SHORTENED NOTICE**_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**NOTE:** - *Proposed orders are not docketed.  Therefore, do not list any addresses in Category I.*


**II. <u>SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On   November 3, 2009   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.


| Robin Riblet, United States Bankruptcy Judge<br>Attn: Intake/Courtesy Copy<br>1415 State Street<br>Santa Barbara, CA 93101 | |
|---|---|
| Allstar Financial Services, Inc.<br>20700 Ventura Blvd<br>Woodland Hills, CA 91364 | U.S. Trustee<br>21051 Warner Center Lane #115<br>Woodland Hills, CA 91367 |
| American Express-ACM<br>Box 0001<br>Los Angeles, CA 90096 | Brian D Fittipaldi<br>128 E Carrillo St<br>Santa Barbara, CA 93101 |
| American Express-Delta (PEN)<br>Box 0001<br>Los Angeles, CA 90096 | American Riviera Bank<br>1033 Anacapa Street<br>Santa Barbara, CA 93101 |
| Arcadia Studio Landscape Architect<br>202 East Cota Street<br>Santa Barbara, CA 93101 | Asset Foreclosure Services, Inc.<br>22837 Ventura Blvd., Suite 350<br>Woodland Hills, CA 93108 |

☒  Service information continued on attached page

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                  Page 6                                  **F 9075-1.2.ORDER**

| | |
|---|---|
| Bank of America<br>P.O. Box 60502<br>City Of Industry, CA 91716 | County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-0001 |
| Chase (Washington Mutual Bank)<br>2273 N. Green Valley Parkway<br>Suite 14<br>Henderson, NV 89014 | County Tax Collector<br>P.O. Box 357<br>Santa Barbara, CA 93102-0357 |
| Citibank<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 |
| Coast Village Plaza<br>6798 Rincon Road<br>Carpinteria, CA 93013 | Countrywide<br>P.O. Box 10219<br>Van Nuys, CA 91410 |
| Ventura County Tax Collector<br>800 S. Victoria Avenue<br>Ventura, CA 93003 | County Schools Credit Union<br>4591 Market Street<br>Ventura, CA 93003 |
| Derek A. Westen, Esq<br>1800 Jelinda Drive<br>Santa Barbara, CA 93108 | EDD<br>P.O. Box 826846<br>Sacramento, CA 94246 |
| F Paul Margolis<br>100 Landing Road, Spt. 359<br>Roslyn, NY 11576 | First Bank<br>3304 State Street<br>Santa Barbara, CA 93105 |
| HFC<br>P.O. Box 3425<br>Buffalo, NY 14240-9732 | First Mountain Bank<br>Big Bear- Interlaken Branch<br>40865 Big Bear Blvd. HFC<br>P.O. Box 6868<br>Big Bear Lake, CA 92315 |
| Integrated Concepts<br>1664 Callens Road<br>Ventura, CA 93003 | IRS<br>Internal Revenue Service<br>Ogden, UT 84201-0039 |
| John M. Klink<br>1187 Coast Village Road<br>Suite 10-M<br>Santa Barbara, CA 93108 | Lord Management & Equipment Services<br>c/o Gary M. Bright<br>Bright & Powell<br>4299 Carpinteria Ave., Suite 200<br>Carpinteria, CA |
| McDonald Animal Hospital<br>225 S. Milpas Street<br>Santa Barbara, CA 93103 | Montecito Bank & Trust<br>P.O. Box 2460<br>Santa Barbara, CA 93120 |
| RNM Klink 1986 Inter Vivos Trust<br>Klink Trust<br>Attn: John Klink, Trustee<br>1010 Cima Linda Lane<br>Santa Barbara, CA 93108 | Robert Egenolf & Associates<br>130 East Carrillo<br>Santa Barbara, CA 93101 |

☒  Service information continued on attached page

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                             Page 7                                             **F 9075-1.2.ORDER**

| | |
|---|---|
| Suzanne Elledge<br>P.O. Box 21522<br>800 Santa Barbara Street<br>Santa Barbara, CA 93109 | Santa Barbara Training<br>820 E. Haley<br>Santa Barbara, CA 93103 |
| Transamerica Life Insurance Co.<br>P.O. Box 79035<br>City Of Industry, CA 91716-9035 | Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 |
| Z & L Associates, CPA<br>60 East 42nd Street<br>New York, NY 10165 | Waters Land Surveying<br>5553 Hollister AV., Suite 7<br>Goleta, CA 93117 |
| Rick Shade dba Shade Farm Management<br>c/o Gary M. Bright<br>Bright & Powell<br>4299 Carpinteria Ave., Suite 200<br>Carpinteria, CA 93013 | Timothy J. Silverman<br>Solomon Grindle Silverman & Spinella<br>12651 High Bluff Dr #300<br>San Diego, CA 92130 |
| Sheri Kanesaka<br>Michelman & Robinson LLP<br>4 Hutton Centre Ste 300<br>Santa Ana, CA 92707 | Jacqueline A. Gruber<br>Pite Duncan LLP<br>4375 Jutland Dr Ste 200<br>San Diego, CA 92117 |
| Clare Gadd<br>6560 GREENWOOD PLAZA BLVD, SUITE 100<br>ENGLEWOOD, COLORADO 80111-7100 | Brian D. Fittipaldi<br>US DOJ/Ofc US Trustee<br>128 E Carrillo St<br>Santa Barbara, CA 93111 |
| Alan F. Broidy<br>1925 Century Park E #1700<br>Los Angeles, CA 90067 | William C. Beall<br>Beall & Burkhardt<br>1114 State St # 200<br>Santa Barbara, CA 93101 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 3, 2009   Angela Cooper | /s/ Angela Cooper |
|---|---|
| *Date*              *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                      Page 8                                      **F 9075-1.2.ORDER**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON APPLICATION SETTING HEARING ON SHORTENED NOTICE** was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  November 3, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

William C Beall on behalf of Creditor American Riviera Bank
artyc@aol.com

Alan F Brody on behalf of Creditor Allstar Financial Services Inc
sherrie@alanbroidy.com, afbroidy@ix.netcom.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Clare Gadd on behalf of Creditor JPMorgan Chase Bank, National Association
cgadd@mosscodilis.com

Jacqueline A Gruber on behalf of Creditor JPMorgan Chase Bank, National Association
ecfcacb@piteduncan.com

Sheri Kanesaka on behalf of Creditor First Bank
skanesaka@mrllp.com, jjacobs@mrllp.com;fbaig@mrllp.com;scasselberry@mrllp.com;fbaig@mrllp.com

Timothy J. Silverman  on behalf of Creditor JP Morgan Chase Bank, N.A.
tim@sgsslaw.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

William E. Winfield wwinfield@nchc.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an   Entered   stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

| | |
|---|---|
| Allstar Financial Services, Inc.<br>20700 Ventura Blvd<br>Woodland Hills, CA 91364 | Rick Shade dba Shade Farm Management<br>c/o Gary M. Bright<br>Bright & Powell<br>4299 Carpinteria Ave., Suite 200<br>Carpinteria, CA 93013 |
| American Express-ACM<br>Box 0001<br>Los Angeles, CA 90096 | Brian D Fittipaldi<br>128 E Carrillo St<br>Santa Barbara, CA 93101 |
| American Express-Delta (PEN)<br>Box 0001<br>Los Angeles, CA 90096 | American Riviera Bank<br>1033 Anacapa Street<br>Santa Barbara, CA 93101 |
| Arcadia Studio Landscape Architect<br>202 East Cota Street<br>Santa Barbara, CA 93101 | Asset Foreclosure Services, Inc.<br>22837 Ventura Blvd., Suite 350<br>Woodland Hills, CA 93108 |
| Bank of America<br>P.O. Box 60502<br>City Of Industry, CA 91716 | County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-0001 |
| Chase (Washington Mutual Bank)<br>2273 N. Green Valley Parkway<br>Suite 14<br>Henderson, NV 89014 | County Tax Collector<br>P.O. Box 357<br>Santa Barbara, CA 93102-0357 |
| Citibank<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 |
| Coast Village Plaza<br>6798 Rincon Road<br>Carpinteria, CA 93013 | Countrywide<br>P.O. Box 10219<br>Van Nuys, CA 91410 |

☒ Service information continued on attached page

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                                                                    Page 10                                                                       **F 9075-1.2.ORDER**

| | |
|---|---|
| Ventura County Tax Collector<br>800 S. Victoria Avenue<br>Ventura, CA 93003 | County Schools Credit Union<br>4591 Market Street<br>Ventura, CA 93003 |
| Derek A. Westen, Esq<br>1800 Jelinda Drive<br>Santa Barbara, CA 93108 | EDD<br>P.O. Box 826846<br>Sacramento, CA 94246 |
| F Paul Margolis<br>100 Landing Road, Spt. 359<br>Roslyn, NY 11576 | First Bank<br>3304 State Street<br>Santa Barbara, CA 93105 |
| HFC<br>P.O. Box 3425<br>Buffalo, NY 14240-9732 | First Mountain Bank<br>Big Bear- Interlaken Branch<br>40865 Big Bear Blvd. HFC<br>P.O. Box 6868<br>Big Bear Lake, CA 92315 |
| Integrated Concepts<br>1664 Callens Road<br>Ventura, CA 93003 | IRS<br>Internal Revenue Service<br>Ogden, UT 84201-0039 |
| John M. Klink<br>1187 Coast Village Road<br>Suite 10-M<br>Santa Barbara, CA 93108 | Lord Management & Equipment Services<br>c/o Gary M. Bright<br>Bright & Powell<br>4299 Carpinteria Ave., Suite 200<br>Carpinteria, CA |
| McDonald Animal Hospital<br>225 S. Milpas Street<br>Santa Barbara, CA 93103 | Montecito Bank & Trust<br>P.O. Box 2460<br>Santa Barbara, CA 93120 |
| RNM Klink 1986 Inter Vivos Trust<br>Klink Trust<br>Attn: John Klink, Trustee<br>1010 Cima Linda Lane<br>Santa Barbara, CA 93108 | Robert Egenolf & Associates<br>130 East Carrillo<br>Santa Barbara, CA 93101 |
| Suzanne Elledge<br>P.O. Box 21522<br>800 Santa Barbara Street<br>Santa Barbara, CA 93109 | Santa Barbara Training<br>820 E. Haley<br>Santa Barbara, CA 93103 |
| Transamerica Life Insurance Co.<br>P.O. Box 79035<br>City Of Industry, CA 91716-9035 | Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 |
| Z & L Associates, CPA<br>60 East 42nd Street<br>New York, NY 10165 | Waters Land Surveying<br>5553 Hollister AV., Suite 7<br>Goleta, CA 93117 |

☒ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION**  (if needed):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                  Page 11                                  **F 9075-1.2.ORDER**