TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sandra K. McBeth
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 14 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** rust     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>PATRICIA DeBLANK KLINK,<br><br>            Debtor. | Case No. 9:09-bk-13309-RR<br><br>Chapter 11<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY NATALIE GRUBB-CAMPBELL AS REAL ESTATE BROKER**<br><br>Date:  January 12, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 201<br>           U.S. Bankruptcy Court<br>           1415 State Street<br>           Santa Barbara, CA 93101 |

The Application to Employ Natalie Grubb-Campbell as Real Estate Broker (the "Application"), filed by Sandra K. McBeth, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Patricia DeBlank Klink (the "Debtor"), came on for hearing on January 12, 2011, at 10:00 a.m., in the above-entitled Court before the Honorable Robin Riblet, United States Bankruptcy Judge.  Timothy J. Yoo, Esq. of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of the Trustee, who was also present in Court.  Brian D. Hefelfinger of Nordman,

Cormany, Hair & Compton LLP appeared on behalf of the Debtor. No other appearances were made.

The Court, having considered the Application, the supporting declaration and exhibit; having considered the opposition to the Application filed by the Debtor and creditors (the "Opposition"); having considered the Trustee's reply to the Opposition and evidentiary objections to the Declaration of Patricia Klink in support of the Opposition; having sustained the Evidentiary Objections; having considered the statements of counsel at the hearing; finding that it appears in the best interest of the estate that the Trustee employ Natalie Grubb-Campbell as her real estate broker; finding further that Ms. Grubb-Campbell is disinterested; and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Application is approved.

2. The Trustee is hereby authorized to employ Natalie Grubb-Campbell of Village Properties to market and sell the real property located at 1787 Fernald Point Lane, Montecito, California upon the terms and conditions set forth in the Application.

###

###

###

###

DATED: January 14, 2011

*Robin Riblet*
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Ste. 1700 Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER AUTHORIZING TRUSTEE TO EMPLOY NATALIE GRUBB-CAMPBELL AS REAL ESTATE BROKER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL** (indicate method for each person or entity served)**:**
On January 12, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express:
The Honorable Robin L. Riblet
U.S. Bankruptcy Court
1415 State Street, #103
Santa Barbara, CA 93101

Via U.S. Mail:
United State Trustee (ND)
21051 Warner Center Lane, Ste. 115
Woodland Hills, CA 91367

Chapter 11 Trustee
Sandra K. McBeth
2236 S Broadway Ste J
Santa Maria, CA 93454

Attorneys for Debtor
William E. Winfield
Nordman Cormany Hair & Compton LLP
1000 Town Center Drive, Sixth Floor
Oxnard, CA 93036

Debtor
Patricia DeBlank Klink
1187 Coast Village Rd, Ste. 10-M
Santa Barbara, CA 93108

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              F 9013-3.1.PROOF.SERVICE

Broker for Trustee
Natalie Grubb-Campbell
Village Properties
1250 Coast Village Road
Santa Barbara, CA 93108

Debtor's Broker
Bob Lamborn
Sotheby's International
1106 Coast Village Road
Santa Barbara, CA 93108

Debtor's Broker
Susan Burns
Coldwell Banker
1290 Coast Village Road
Montecito, CA 93108

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2011 | Katie Finn | /s/Katie Finn |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING TRUSTEE TO EMPLOY NATALIE GRUBB-CAMPBELL AS REAL ESTATE BROKER** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 12, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- William C Beall    artyc@aol.com, bbassist@beallandburkhardt.com
- Steven L. Bergh    sbergh@pnbd.com
- Alan F Broidy    alan@broidylaw.com, sherrie@broidylaw.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Clare Gadd    cgadd@mosscodilis.com
- Jacqueline A Gruber    ecfcacb@piteduncan.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- Charles Liu    cliu@mrllp.com
- Charles Liu    cliu@winthropcouchot.com
- Sandra McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Bruce P Needleman    attybpn@aol.com
- Carmela Pagay    ctp@lnbrb.com
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Yuri Voronin    yvoronin@lawyer.com
- David J Williams    dwilliams@mrllp.com
- William E Winfield    wwinfield@nchc.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 9021-1.1**

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Debtor
Patricia DeBlank Klink
1187 Coast Village Rd, Ste. 10-M
Santa Barbara, CA 93108

Broker for Trustee
Natalie Grubb-Campbell
Village Properties
1250 Coast Village Road
Santa Barbara, CA 93108

Debtor's Broker
Bob Lamborn
Sotheby's International
1106 Coast Village Road
Santa Barbara, CA 93108

Debtor's Broker
Susan Burns
Coldwell Banker
1290 Coast Village Road
Montecito, CA 93108

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                **F 9021-1.1**